IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT ROBBINS,** | : |
| **Plaintiff,** | : |
| vs. | :    CIVIL ACTION 08-0282-WS-M |
| **EDWIN BOOKER,** *et al.*, | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 15th day of September, 2008.

                                             s/WILLIAM H. STEELE
                                             UNITED STATES DISTRICT JUDGE